UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

JOHN A. ISAACS and GAIL ISAACS,                     05 CV 3606

                    Plaintiffs,           Judge Dearie
                                      Mag. Gold

    - against -

THE LONG ISLAND RAIL ROAD COMPANY and
NATIONAL RAILROAD PASSENGER CORPORATION,            STIPULATION OF
                                              DISCONTINUANCE
                  Defendants.

----------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       April 26, 2006

LANDMAN CORSI BALLAINE & FORD P.C.    ALTIER & VOGT, LLC
Attorneys for Defendant               Attorneys for Plaintiff

BY: _____           BY: _____
    BRIAN M. OUBRE                         MICHAEL LEVINE (6312)
    120 Broadway, 27th fl                  450 Seventh Avenue
    New York, NY 10271-0079                New York, NY 10123
    212-238-4800                           (212) 564-9090

So Ordered

s/Raymond Dearie

5/9/06